

9 Tanner Street, Suite 101<br>
Haddonfield, NJ 08033<br>
Tel: (856) 685-7420<br>
Fax: (856) 685-7417<br>
jboyette@swartz-legal.com

August 29, 2024

**VIA ECF**
The Honorable Elizabeth A. Pascal, U.S.M.J.
U.S. District Court for the District of New Jersey Mitchell H. Cohen Building & U.S. Courthouse 4th & Cooper Streets
Camden, New Jersey 08101
njdnef_pascal@njd.uscourts.gov

  Re: Edward Martin v. PHH Mortgage Corporation, et al.
     Civ. A. No. 1:22-cv-06925-KMW-EAP

Dear Judge Pascal:

  We write to provide the Court with an update as to the current status of the settlement in this matter. On August 28, 2024, Plaintiffs provided Defendant with their edits to the formal settlement agreement and will be providing Defendant with the draft notices of settlement shortly.

  The Parties anticipate reaching a final version of the settlement agreement and notices by September 27, 2024 and request that this Court set that date as the deadline for Plaintiffs to file their motion for preliminary approval of the settlement.

            Sincerely,

            **SWARTZ SWIDLER, LLC**

            *s/ Joshua S. Boyette*
            Joshua S. Boyette, Esq.
            **SWARTZ SWIDLER, LLC**

CC: Christopher Moran, Esq., *et al.,* Counsel for Defendant