IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWARD F. MARTIN, on behalf of himself and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHH MORTGAGE CORPORATION, *et al.*,<br><br>Defendants. | No: 22-cv-06925 |

**NAMED PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE SETTLEMENT AND PROVISIONAL CERTIFICATION OF RULE 23 CLASSES**

For the reasons set forth in the attached Memorandum of Law in Support of this Motion, Named Plaintiffs respectfully request this Court enter an Order:

1. Granting Preliminary Approval of the Settlement Agreement and Release;

2. Deeming the Amended Complaint, Exhibit A to the Settlement Agreement, as filed and the operative pleading for settlement purposes only;

3. Appointing Swartz Swidler, LLC as Class Counsel;

4. Appointing Named Plaintiffs Edward Martin, Anthony Dobrosi, and Henry Ladines class representatives of the Rule 23 classes and representatives of the FLSA collective;

5. Approving the proposed form of Notice Packet and proposed notice procedures;

6. Setting a date for the Fairness Hearing and related deadlines.

Respectfully submitted,

*/s/ Matthew Miller*
Matthew D. Miller, Esq.
Justin L. Swidler, Esq.
Joshua S. Boyette, Esq.

Date: October 11, 2024