**SWARTZ SWIDLER,** LLC

ATTORNEYS AT LAW

9 Tanner Street, Suite 101
Haddonfield, NJ 08033
Phone: 856.685.7420
Fax: 856.685.7417
mmiller@swartz-legal.com

June 11, 2025

**VIA ECF**
Honorable Karen M. Williams
United States District Judge
United States District Court for the District of New Jersey
Mitchell H. Cohen U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 07101

> Re:    **Edward Martin v. PHH Mortgage Corporation, et al.**
>          **Civ. A. No. 1:22-cv-06925-KMW-EAP**

Dear Judge Williams:

This firm represents Plaintiffs in the above-referenced matter. I write to respectfully request an adjournment of the Final Approval Hearing, which is currently scheduled for July 23, 2025.

Due to issues with the data provided by Defendant PHH Mortgage Corporation, et al., which included individuals outside the scope of the classes and errors in the pay data to be used by the Settlement Administrator to calculate the estimates of settlement shares that will be included in the notice to class members, additional time was needed for the parties and the Administrator to confer and work out the issues. The parties and the Administrator have resolved the issues, and the Administrator anticipates distributing the Notice by June 20, 2025.

However, given that the 45-day period during which individuals may object to or exclude themselves from the settlement will not conclude until after the current date of the final approval hearing, Plaintiffs respectfully request that the hearing be rescheduled to a date on or after August 14, 2025.

Plaintiffs thank the Court for its time and consideration.

Respectfully Submitted,

*s/ Matthew D. Miller*
Matthew D. Miller, Esq.

cc:    Christopher J. Moran, Esq., via ECF
        Brian R. Ellixson, Esq., via ECF